1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9    United States of America,            )
                                          )
10              Plaintiff,                 )    **06-7046M**
                                          )
11   vs.                                   )
                                          )
12                                         )    **MATERIAL WITNESS ORDER**
     Robin Alexander Sevilla,              )
13                                         )
                Defendant.                 )
14   _____       )

15

16       Defendant, Robin Alexander Sevilla having been charged in the District of Arizona with

17   a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate

18   Judge having determined from the affidavit of Jason McHugh  filed in this case, the

19   following persons can provide testimony that is material to the offense(s) alleged in the

20   complaint:

21              Alberto Lopez-Vara

22              Eugenio Xolo-Llano

23

24       The Magistrate Judge finds that it may become impracticable to secure the presence of the

25   witness(es) by subpoena in further proceedings because they are not in the United States

26   legally and have no legal residence or employment in this Country.

27       IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a

28   corrections facility separate, to the extent practicable, from persons awaiting or serving

1

2

3   sentences or being held in custody pending appeal.  The witness(es) shall be afforded a

4   reasonable opportunity for private consultation with counsel.

5       DATED this 15th day of February, 2006.

6

7

8

9

10                          Edward C. Voss
                           United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28